UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MEGAN FRANCISCA GOMEZ,<br>    Defendant. | NO. 5:21-CR-096-13-H |

### SCHEDULING ORDER FOR SENTENCING

The Court adopts the following schedule for sentencing in this case:

1.  Sentencing will be on April 28, 2022 at 10:00 AM in the United States District Court, 1205 Texas Ave, Lubbock, TX 79401.

2.  The presentence report ("PSR") must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the government by or before March 14, 2022.

3.  Any objection or adoption of the PSR's findings and conclusions must be made in writing and electronically filed no later than March 28, 2022. Objections must identify the specific paragraph or part of the paragraph in the PSR to which objection is being made.

4.  If objections affecting the advisory guideline range are made by either party, the opposing party must electronically file a written response to the objections no later than April 4, 2022.

5.  If written objections to the PSR have been timely made, the Probation Office must disclose any revision or addendum to the PSR no later than April 11, 2022.

6. Any written objections to the PSR addendum must be made in writing and electronically filed no later than April 18, 2022. Objections must identify the specific paragraph or part of the PSR addendum to which objection is being made.

7. Any motions regarding departures or variances from the advisory guidelines range must be filed at least 14 days before sentencing. All responses to such motions must be in writing and filed at least 7 days before sentencing.

8. Any other written materials, such as character letters, other supporting letters, and sentencing memoranda, must be submitted to the Court at least 7 days before sentencing.

9. Unless specifically stated otherwise, any order continuing the sentencing in this case automatically extends the associated sentencing deadlines identified herein.

10. In any case in which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the U.S. Probation Officer, no later than 5 government business days from the date of this Order, all information necessary for the officer to comply with crime-victim restitution requirements.

11. If, during the PSR investigation, it is determined that Texas Juvenile Justice Division (TJJD) records are needed, the Court orders the TJJD to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court-disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment-while-incarcerated records, and release dates from the TJJD.

SO ORDERED.

Dated January 26, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE